In the Matter of THOMAS CHOISNET, Appellant, against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, Respondent.

Argued March 2, 1942; decided April 16, 1942.

*Menahem Stim, Thomas J. Curran* and *Jeremiah A. Sheehan* for appellant.

*William C. Chanler, Corporation Counsel (Paxton Blair* and *Henry J. Shields* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS and DESMOND, JJ. RIPPEY and CONWAY, JJ., dissent on the authority of *Matter of Meyer* v. *Goldwater* (286 N. Y. 461).